IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM PATRICK FORD | § § | |
| v. | § § | CIVIL ACTION NO. 2:16-cv-1009 |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY | § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice (Dkt. No. 14) urged by Plaintiff William Patrick Ford and Defendant Allied Property and Casualty Insurance Company. The Court, having considered the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

**So ORDERED and SIGNED this 20th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE